IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD HASTY and
MARCIE HASTY,

      Petitioners,

  v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

No. 2:06-mc-0049-MCE-KJM-PS

ORDER

    Petitioners, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On October 23, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties.  No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1.  The Findings and Recommendations filed October 23, 2006, are adopted in full; and

2.  The Petition to Quash is denied and this action is dismissed.

Dated: January 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2